UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALAN HOOBLER, | No. 2:25-cv-2608 DC CSK |
| Petitioner, | |
| v. | ORDER |
| DAO VANG, Acting Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is petitioner's motion for a thirty day extension of time to file the traverse/reply. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 11) is granted; and
2. Petitioner's traverse/reply is due on or before February 4, 2026.

Dated: January 05, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hoob2608.eot/2

1