UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALAN HOOBLER, | No.  2:25-cv-2608 DC CSK P |
| Petitioner, | |
| v. | ORDER |
| DAO VANG, Acting Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is petitioner's second motion for a thirty day extension of time to file the traverse/reply.  Respondent does not oppose the extension.  (ECF No. 13 at 2.)  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's second motion for an extension of time (ECF No. 13) is granted; and

2.  Petitioner's traverse/reply is due on or before March 6, 2026.

Dated:  February 4, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1/hoob2608.ext2

1