Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
BRIAN ALAN HOOBLER

United States District Court
Eastern District of California

BRIAN ALAN HOOBLER,

     *Petitioner*,

  vs.

DAO VANG, Acting Warden, California
Health Care Facility, Stockton, California,

     *Respondent.*

No. 2:25-cv-2608 DC CSK

~~PROPOSED~~ MODIFIED ORDER GRANTING
EXTENSION OF TIME TO FILE TRAVERSE AND
REPLY MEMORANDUM

*(Unopposed)*

Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 22, 2025, the Court issued its briefing order. (ECF No. 4.) On December 5, 2025, respondent timely filed an answer. (ECF No. 10.) Subsequently, petitioner sought two extensions of time, which were both granted; petitioner's traverse/reply was due on March 6, 2026. (ECF Nos. 11-14.) On March 5, 2026, petitioner filed a third motion for extension of time, seeking an additional 31 days, up to and including April 6, 2025. (ECF No. 15.) Respondent does not oppose the extension. (ECF No. 13 at 2.)

Good cause appearing, and there being no opposition, IT IS HEREBY ORDERED that;

1. Petitioner's third request for extension of time (ECF No. 15) is granted; and

2. Petitioner shall file a traverse/reply on or before April 6, 2026. No further extensions of time will be granted.

Dated:  March 12, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hoob2608.eot3